## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 5:20-CV-00129-40-PRL

Plaintiff:
**MATTHEW MCGILL**

vs.

Defendants:
**DAVID R. MILES, et al.**

For:
April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Drive
Suite 705
Largo, FL 33770

Received by Family & Court Services, LLC on the 7th day of April, 2020 at 1:25 pm to be served on **DAVID R. MILES, 33 CAMINO REAL, #303, HOWEY-IN-THE-HILLS, FL 34737**.

I, Terry Moore, do hereby affirm that on the **7th day of April, 2020 at 4:04 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM IN SUPPORT, ORDER, and COMPLAINT** with the date and hour of service endorsed thereon by me, to: DAVID R. MILES at the address of: **33 CAMINO REAL, #303, HOWEY-IN-THE-HILLS, FL 34737**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and have been properly certified as a process server by Administrative Order A-2008-21-B and am currently certified to serve process pursuant to the provisions of the order. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.

Terry Moore
8-12-15

**Family & Court Services, LLC**
**115 E Burleigh Blvd**
**Tavares, FL 32778**
**(352) 343-3991**

Our Job Serial Number: FAM-2020008353

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| MATTHEW MCGILL | ) | DATE SERVED: 4/7/2020 |
| | ) | TIME SERVED: 4:04 am/**pm** |
| | ) | CPS: TM 8-12-15 |
| | ) | JOB # 8353 |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   5:20-cv-00129-Oc-40PRL |
| DAVID R. MILES et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   David R. Miles
33 Camino Real #303
Howey-in-the-Hills, FL 34737

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   APRIL S. GOODWIN, ESQ.
The Goodwin Firm
801 West Bay Drive, Suite 705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Elizabeth M. Warren

*CLERK OF COURT*

Date:   **Apr 06, 2020**

Signature of *Deputy Clerk*

[Seal: United States District Court, Middle District of Florida]
[Signature: LynneBurget]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID R. MILES
was received by me on *(date)* 4/7/2020.

☑ I personally served the summons on the individual at *(place)* 33 CAMINO REAL, #303 HOWEY-IN-THE-HILLS, FL 34737 on *(date)* 4/7/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/7/2020

*Server's signature*

TERRY MOORE, CPS 8-12-15
*Printed name and title*

115 E. BURLEIGH BLVD., TAVARES, FL 32778
*Server's address*

Additional information regarding attempted service, etc: