**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MATTHEW MCGILL, Individually**
**and as Councilmember of the Town**
**of Howey-in-the-Hills,**                             CASE NO:  5:20-cv-00129-PGB-PRL

      **Plaintiff,**

vs.

**DAVID R. MILES as Chair of RECALL**
**COMMITTEE FOR COUNCILMAN**
**MATTHEW T. MCGILL FROM TOWN**
**COUNCIL OF HOWEY IN THE HILLS**
**FLORIDA 34737, DAIRIAN BURKE, in her**
**official capacity as TOWN CLERK of the**
**Town of Howey-in-the-Hills, ALAN HAYS**
**in his official capacity as SUPERVISOR OF**
**ELECTIONS for LAKE COUNTY,**
**MARTHA MACFARLANE, in her individual**
**capacity and officila capacity as MAYOR of**
**the Town of Howey-in-the-Hills,**

      **Defendants.**
_____/

**NOTICE OF APPEARANCE**

      Douglas T. Noah, Esquire, of the law firm Dean, Ringers, Morgan & Lawton, P.A., P.O. Box 2928, Orlando, FL 32802-2928, hereby files this Notice of Appearance on behalf of Defendant, MARTHA MACFARLANE, without waiving and specifically reserving any rights Defendant may have to object to the sufficiency of process, service of process, proper venue or the jurisdiction of this court, and requests that all pleadings, notices, and other papers filed in this proceeding be served upon the undersigned attorneys.

      **I HEREBY CERTIFY** that on April 14, 2020, the foregoing was electronically filed with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to

2

April S. Goodwin, Esq., The Goodwin Firm, 801 West Bay Drive, Suite 705, Largo, FL 33770-3266; Joseph R. Fitos, Esquire, Gray Robinson, P.A., 301 E. Pine Street, Suite 1400, Orlando, FL 32801; Diana Masters Johnson, Esq., Lake County Attorney's Office, P.O. Box 7800, Tavares, FL 32778-7800.

                                                  */s/ Douglas T. Noah*
                                                  DOUGLAS T. NOAH, ESQ.
                                                  Florida Bar No. 0863970
                                                Dean, Ringers, Morgan & Lawton, P.A.
                                                P.O. Box 2928
                                                Orlando, FL 32802-2928
                                                Tel: 407-422-4310   Fax: 407-648-0233
                                                DNoah@drml-law.com
                                                Attorneys for Defendant