**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MATTHEW MCGILL, Individually and as Councilmember of the Town of Howey-in-the-Hills,**

CASE NO: 5:20-cv-00129-PGB-PRL

    **Plaintiff,**

vs.

**DAVID R. MILES as Chair of RECALL COMMITTEE FOR COUNCILMAN MATTHEW T. MCGILL FROM TOWN COUNCIL OF HOWEY IN THE HILLS FLORIDA 34737, DAIRIAN BURKE, in her official capacity as TOWN CLERK of the Town of Howey-in-the-Hills, ALAN HAYS in his official capacity as SUPERVISOR OF ELECTIONS for LAKE COUNTY, MARTHA MACFARLANE, in her individual capacity and officila capacity as MAYOR of the Town of Howey-in-the-Hills,**

    **Defendants.**
_____/

## DEFENDANTS, MARTHA MACFARLANE AND DAIRIAN BURKE'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

_____
_____
_____
_____

__**X**__   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Related Actions upon each party no later than fourteen days after appearance of the party.

**I HEREBY CERTIFY** that on May 13, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to April S. Goodwin, Esq., The Goodwin Firm, 801 West Bay Drive, Suite 705, Largo, FL 33770-3266; Joseph R. Fitos, Esquire, Gray Robinson, P.A., 301 E. Pine Street, Suite 1400, Orlando, FL  32801; Thomas J. Wilkes, Esq., GrayRobinson, P.A., Post Office Box 3068, Orlando, FL  32802-3068; Diana Masters Johnson, Esq., Lake County Attorney's Office, P.O. Box 7800, Tavares, FL  32778-7800; Steven C. Pratico, Esq., Buchanan Ingersoll & Rooney, P.C., 401 E. Jackson Street, Suite 2400, Tampa, FL  33602-5236.

>       */s/Patricia M. Rego Chapman*
> PATRICIA REGO CHAPMAN, ESQ.
> Florida Bar No. 0085309
> DOUGLAS T. NOAH, ESQ.
> Florida Bar No. 0863970
> Dean, Ringers, Morgan & Lawton, P.A.
> Post Office Box 2928
> Orlando, Florida 32802-2928
> Tel: 407-422-4310   Fax: 407-648-0233
> PChapman@DRML-Law.com
> DNoah@drml-law.com
> Attorneys for  Defendants, Martha Macfarlane and Dairian Burke